IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TIMOTHY JAMES SCHULENBURG,

    Plaintiff,                                  JUDGMENT IN A CIVIL CASE

  v.                                           Case No.  15c-v-150-jdp

NAVIENT,

    Defendant.

This action came before the court for consideration with District Judge James D. Peterson presiding.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice pursuant to Federal Rule of Civil Procedure 19.

  /s/                                                  8/16/2016
Peter Oppeneer, Clerk of Court                      Date